**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-11-00942-CV

———————

**WILLIAM J. HIBLER, Appellant**

**V.**

**ERIK GARZA, Appellee**

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2011-30808**

## O R D E R

The notice of appeal in this case was filed October 24, 2011. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **December 30, 2011.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM